[No. 24230.    Department One.    April 4, 1933.]

PULLMAN STATE BANK, *Appellant*, v. WHITMAN COUNTY, *Respondent*.[1]

*Davis, Groff & Moran*, for appellant.

*John D. Evans* and *R. L. Wilkinson*, for respondent.

PER CURIAM.—Upon authority of the case of *Home State Bank v. Whatcom County*, 169 Wash. 486, 14 P. (2d) 21, decided by Department One (subsequent to the entry of judgment in the above-entitled action) on September 7, 1932, and later reaffirmed by the court sitting *En Banc*, 171 Wash. 702, 18 P. (2d) 1119, the judgment in this cause is reversed, and the cause remanded with instructions to the trial court to grant the relief prayed for by the plaintiff, appellant here.

[No. 24330.    *En Banc*.    April 21, 1933.]

SEATTLE GAS COMPANY, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.[2]

*Poe, Falknor, Falknor & Emory*, for appellant.

*A. C. Van Soelen, Walter L. Baumgartner* and *C. V. Hoard*, for respondent.

PER CURIAM.—This is an appeal from a judgment dismissing an action brought to enjoin the enforcement of a tax imposed upon appellant under ordinance No. 62,662 of the city of Seattle. The same questions are raised as in the cases of *Pacific Telephone & Telegraph Co. v. Seattle, ante* p. 649, 21 P. (2d) 721, and *Puget Sound Power & Light Co. v. Seattle, ante* p. 667, 21 P. (2d) 727. For the reasons stated in those cases, the judgment entered herein is affirmed.

STEINERT, J. (dissenting)—For the reasons already stated by me in *Pacific Telephone & Telegraph Co. v. Seattle, ante* p. 649, 21 P. (2d) 721, and *Puget Sound Power & Light Co. v. Seattle, ante* p. 667, 21 P. (2d) 727, I dissent.

[1]Reported in 20 P. (2d) 1119.

[2]Reported in 21 P. (2d) 732.